IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GRETCHEN J. PEACE and JOHN F. (JEF) CURRAN** | : | **CIVIL ACTION NO. 1:CV-13-CV-882** |
| **Plaintiffs** | : | **(JUDGE KANE)** |
| | : | **(Magistrate Judge Schwab)** |
| v. | : | |
| **SAUL EWING, LLP, MARSHALL B. PAUL, ESQUIRE, and KURT L. EHRESMAN, ESQUIRE** | : | |
| **Defendants** | : | |

## O R D E R

Before the Court in the captioned action is a November 1, 2013 Report and Recommendation of the Magistrate Judge. No timely objections have been filed.

Accordingly, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Schwab.

2) The Plaintiffs' Motion for Voluntary Dismissal (Doc. No. 5) is **GRANTED** and the case is **DISMISSED WITHOUT PREJUDICE**.

3) The Clerk of Court shall close the case.

                                          s/ Yvette Kane
                                          YVETTE KANE, Judge
                                          United States District Court
                                          Middle District of Pennsylvania

Dated: November 26, 2013